UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

        - against -

**Michael McDuffie**

                Defendant.

-------------------------------------------------------------------x

CONSENT TO PROCEED BEFORE
A  UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA ALLOCUTION

13 CR 242 (SAS)

Before:
        U.S.M. J.

The undersigned defendant, advised by his or her undersigned attorney, consents to  a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed, R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to guilty.  I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

I  understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF  we have executed this consent this ___12th___ day of ___March___, 2014 at ___SDNY, New York___, New York.

X_____
        Defendant

X_____
        Attorney  for  Defendant

Accepted  by: _____
        United States Magistrate  Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 2 2014