# MARTIN GEDULDIG

ATTORNEY·AT·LAW

600 OLD COUNTRY ROAD
SUITE 320
GARDEN CITY, NEW YORK 11530

(516) 794-1219
(718) 343-8989
FAX (516) 228-3559
EMAIL geduldig@optonline.net

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/14
```

May 24, 2014

Hon. Shira A. Scheindlin
United States District Judge
500 Pearl Street
New York, New York 10007

> Request granted. The sentencing originally scheduled for June 16, 2014 is rescheduled to July 21, 2014 at 4:30 pm.
>
> SO ORDERED
> Shira A. Scheindlin, USDJ
> 5/29/14

Re: US vs. Michael McDuffie
Docket No. 13 CR 242 (SAS)

Dear Judge Scheindlin:

I am writing to request an adjournment of the sentencing of Michael McDuffie, the above captioned defendant. He is presently scheduled to be sentenced on Monday, June 16, 2014 at 4:00 pm. I will be starting a multi-defendant trial in the Queens County Supreme Court on that day. Additionally, there will be a retirement party for my wife that same day which I need to attend.

I have spoken with P.O. Emily Frankelis and AUSA Jared Lenow and they have no objection to my request. I am advised that July 21, 2014 at 4:30 pm is a convenient date for the court.

Thank you for your consideration in this matter.

Yours truly,

Martin Geduldig

cc: P.O. Emily Frankelis
    AUSA Jared Lenow

MG:jr