UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :   **ORDER**
        - v. -                    :
                                  :   13 Cr. 242 (SAS)
MICHAEL MCDUFFIE,                 :
                                  :
                Defendant.        :
                                  :
------------------------------------------x

WHEREAS, with the consent of defendant MICHAEL MCDUFFIE, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on March 12, 2014;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:  New York, New York
        July 21, 2014

Shira A. Scheindlin
United States District Judge
Southern District of New York